**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:08cr121**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DERRICK THOMAS.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion

to Request a copy of Sentencing Transcript [Doc. 25].

The Defendant's sentence was pronounced on May 29, 2009

although the actual Judgment has not yet been filed.  The Defendant filed

a *pro se* Notice of Appeal on June 2, 2009.  He now requests the

preparation of a sentencing transcript, presumably at government expense.

Throughout the Defendant's criminal prosecution, he has been

represented by retained counsel.  As a result, the Defendant has never

been determined to be indigent and the Court may not order the

preparation of a sentencing transcript at government expense.

Federal Rule of Appellate Procedure 24 provides in pertinent part:

> [A] party who desires to appeal *in forma pauperis* must file a motion in the district court.  The party must attach an affidavit that:
>> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;
>> (B) claims an entitlement to redress; and
>> (C) states the issues that the party intends to present on appeal.

Fed.R.App.P. 24(a)(1).

The Clerk of Court will be requested to send a copy of Form 4 to the Defendant.  The Defendant may then determine whether he seeks to receive *in forma pauperis* standing.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* Motion to Request a copy of Sentencing Transcript [Doc. 25] is hereby **DENIED** without prejudice to renewal.

Signed: June 11, 2009

Martin Reidinger
United States District Judge